FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

APR 08 2015

CHRISTOPHER A. PRINE
CLERK

No. 14-15-00163-CR

IN THE FOURTEENTH COURT OF APPEALS

PERCY BENJAMIN SMITH III

v.

THE STATE OF TEXAS

APPEAL No. 14-15-00163-CR Trial No. 65,134

BRAZORIA COUNTY, TEXAS

FIRST MOTION FOR EXTENSION OF TIME
TO FILE
Petition For Discretionary
REVIEW

To the Honorable Judge of the Fourteenth Court
of Appeals: Comes Now, PERCY BENJAMIN Smith,
Petitioner. And files this Motion for an extension
of Sixty (60) days IN which to file a Petition
for Discretionary Review.

I

THE Petitioner can Not do any type of Research
on his CASE due to the PRISON unit is on
lock-down for the Yearly SHAKE-down.
the Petitioner prays the Court do Grant
Petitioner (60) Sixty days till MAY 25, 2015.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

## II

THE PETITIONER WAS CONVICTED IN the 412th District Court of BRAZORIA COUNTY, TEXAS OF the OFFENSE OF ROBBERY IN CAUSE NO. 65,134, STYLED STATE OF TEXAS VS. PERCY BENJAMIN SMITH III. THE PETITIONER APPEALED to the COURT OF APPEALS, 14th SUPREME Judicial District. THE CASE WAS AFFIRMED ON FEBRUARY 7, 2013. this is NEW 11.07.

## III

THE PRESENT deadline FOR filing the Petition FOR Discretionary REVIEW FOR (45) DAYS is MAY 10, 2015. THE PETITIONER has NOT REQUESTED ANY EXTENSION PRIOR to this REQUEST.

WHEREFORE, PETITIONER PRAYS this COURT, GRANT this MOTION AND EXTEND the deadline FOR filing the PETITION FOR Discretionary REVIEW IN CASE NO. 14-15-00163-CR to MAY 25, 2015.

PETITIONER, PRO SE
PERCY BENJAMIN SMITH
TEXAS DEPT. OF CRIMINAL
JUSTICE
HUNTSVILLE UNIT
815 12th STREET
HUNTSVILLE, TX 77348
TDCJ No. 1745775

## CERTIFICATE OF SERVICE

I CERTIFY that A true AND correct Copy of the ABOVE AND FOREGOING First MOTION FOR EXTENSION OF time to File A Petition For Discretionary REVIEW WAS MAiled to:

STATE PROSECUTING ATTORNEY
P. O. Box 12405
AUSTIN, TX 78711

JERI YENNE
BRAZORIA COUNTY District ATTORNEY
111 E. Locust St. Rm. 408(A)
ANGLETON, TX 77515

VIA U.S. First CLASS MAIL.

PERCY BENJAMIN Smith
PETITIONER, PRO SE

I, PERCY BENJAMIN Smith, 1745173, bEING PRESENTLY INCARCERATED At the HUNTSVILLE UNIT IN WALKER COUNTY, TX VERIFY UNDER PENALTY OF PERJURY STATEMENT ARE true AND CORRECT.

EXECUTED ON this the April 6, 2015.

PERCY BENJAMIN Smith
PRO SE

Percy B. Smith

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE
$411



ZIP 77002 **$ 000.49⁰**
02 1W
0001378733 APR. 09. 2015

**14th COURT OF APPEALS**
301 FANNIN, ROOM 245
HOUSTON, TEXAS 77002

Court of Criminal Appeals Supreme Court
Building 201 W. 14th Street, Room 106
Austin, Texas 78701

78701144501

MR. PERCY BENJAMIN SMITH 1745775
HUNTSVILLE UNIT
815 12th STREET
HUNTSVILLE, Tx
77348

FOURTEENTH COURT OF APPEALS
301 FANNIN. Suite 245
HOUSTON, Tx 77002

LEGAL MAIL

7700220620